THIS DOCUMENT HAS NOT BEEN SUBMITTED ELECTRONICALLY AS REQUIRED BY THE DISTRICT OF ARIZONA'S ADMINISTRATIVE POLICIES AND PROCEDURES MANUAL

**ALTFELD BATTAILE & GOLDMAN, P.C.**
250 North Meyer Avenue
Tucson, Arizona 85701
Tel: (520) 622-7733
Fax: (520) 622-7967
Email: cbaltfeld@ABGattorneys.com
Clifford B. Altfeld (SBN 5573; PCBN 1360)
*Attorneys for Plaintiffs*



## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JEFF ADELSTONE, Trustee for the AFS, Inc. Target Benefit Plan, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOSE FERNANDEZ-POL, <br><br> Defendant. | Case No. 06-CV-380-TUC-FRZ <br><br> **PLAINTIFF SECOND SONENBLICK FAMILY PARTNERSHIP'S CONSENT TO WITHDRAWAL OF COUNSEL** |

Plaintiff Second Sonenblick Family Partnership hereby consents to the withdrawal of Clifford B. Altfeld and Altfeld Battaile & Goldman, P.C. as its attorneys of record in this action and stipulates to an order allowing Clifford B. Altfeld and Altfeld Battaile & Goldman, P.C. to withdraw as its counsel. Second Sonenblick Family Partnership understands it must obtain substitute counsel forthwith. Second Sonenblick Family Partnership's address is:

> Second Sonenblick Family Partnership
> c/o Jerry Sonenblick
> 4729 E. Sunrise, PM Box 436
> Tucson, AZ 85718

Dated this 16 day of March, 2010.

SECOND SONENBLICK FAMILY PARTNERSHIP

By: _____

1  Copy of the foregoing served by
   electronic notification and U.S. Mail
2  this 16th day of March 2010, to:
3
   Dr. Jose Fernandez-Pol
4  437 Hunters Hill Drive
   Chesterfield, MO 63017-3446
5  *Defendant*
6
7  H:\wp\Jones\Consent to Withdraw.wpd
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Hawkins and E-Z Messenger Legal Support Providers, LLC

Print Page  Close
www.helpaz.com

| | |
|---|---|
| SmartForm#: | 20100313990 |
| Firm Name: | 4523 WEEKS & LAIRD, PLLC |
| Your Name: | Elizabeth Amarillas |
| Attorney: | Brian Laird |
| Address: | 2223 E. SPEEDWAY |
| City: | TUCSON, AZ 85719 |
| Phone: | (520) 318-1209 Ext: Fax: (520) 327-3118 |
| Email: | weeks_lairdpllc@hotmail.com |

| | |
|---|---|
| | 03/17/2010 9:41 |
| Service Level: | Routine |
| Attorney for: | Plaintiff |
| Bar#: | 020541 |
| File#: | 4523 |
| Hearing Date: | |
| Statue Date: | |
| Office: | T |
| Route #: | 15 |

| Case Information | Documents Attached |
|---|---|
| County: PIMA | PLAINTIFF SECOND SONENBLICK FAMILY PARTNERSHIP'S CONSENT TO WITHDRAWAL OF COUNSEL. |
| Court: UNITED STATES DISTRICT COURT | |
| Case Number: 06-CV-380-TUC-FRZ | |
| Case Title: | |
| Plaintiff: JEFF ADELSTONE ET AL | |
| Defendant: JOSE FERNANDEZ-POL | |

**COURT FILING**
File, Conform and Return (see special instructions),
Judge Name: HON. FRANK R. ZAPATA. Deliver to Judge.

**COURT SPECIAL INSTRUCTIONS**
Please file original, give copy to judge, and return conformed copy. Thank you.

| | Attorney Service | Court Filing | Court Research | Service of Process | Special Delivery |
|---|---|---|---|---|---|
| **Tucson Office:** | 65 E. Pennington Street | Tucson, AZ 85701 | 520.623.8436 | 520.624.1819 (fax) | |
| **Phoenix Office:** | 1209 E. Washington Street | Phoenix, AZ 85034 | 602.258.8081 | 602.258.8864 (fax) | |
| **Flagstaff Office:** | 201 East Birch Avenue #12 | Flagstaff, AZ 86001 | 928.226.7221 | 928.226.7243 (fax) | |

DATE COMPLETED
MAR 17 2010

James R RUN 15
MAR 17 2010
HELP