**ALTFELD & BATTAILE P.C.**
250 North Meyer Avenue
Tucson, Arizona 85701
Tel:    (520) 622-7733
Fax:    (520) 622-7967
Email:  cbaltfeld@abazlaw.com
Clifford B. Altfeld (SBN 5573; PCBN 1360)
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JEFF ADELSTONE, Trustee for the AFS, Inc. Target Benefit Plan, et al., | Case No. 06-CV-380-TUC-FRZ |
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT** |
| vs. | |
| JOSE FERNANDEZ-POL, | |
| Defendant. | |

Plaintiffs Jeff Adelstone, et al., respectfully request entry of the Judgment uploaded on May 10, 2010, in this action. The Court, out of an abundance of caution, provided Defendant Fernandez-Pol until June 7, 2010, to show cause why the Judgment should not be entered. Fernandez-Pol's counsel entered an appearance at that hearing and the Court, again out of an abundance of caution, provided Fernandez-Pol until July 7, 2010, to file an appropriate motion. None was filed. Dr. Fernandez-Pol's counsel has applied to withdraw, citing disagreements with his client. Attached as Exhibits A and B, are the Plaintiff's certified mail receipts evidencing Dr. Fernandez-Pol's receipt and refusal of the pleadings filed by Plaintiffs.

1    Defendant has been provided an abundance of due process, and Plaintiffs accordingly

2   respectfully request entry of the above Judgment previously submitted.

3
      Respectfully submitted this 14th day of July, 2010.
4

5                                    ALTFELD & BATTAILE P.C.

6                                    /s/ Clifford B. Altfeld
                                     CLIFFORD B. ALTFELD
7                                    Attorneys for Plaintiffs

8
    Copy of the foregoing served by
9   certified and first class U.S. Mail
    this 14th day of July 2010, to:
10
    Dr. Jose Fernandez-Pol
11  437 Hunters Hill Drive
    Chesterfield, MO 63017-3446
12  Defendant

13
    Copy of the foregoing served by
14  electronic notification
    and first class U.S. Mail
15  this 14th day of July 2010, to:

16
    Andrew M. Everest
17  The Everest Firm
    2035 W. Charleston Street, Suite 305
18  Chicago, IL 60647
    Attorneys for Defendant
19

20
    /s/ Linda Vaubel
21  H:\wp\Jones\Request for Entry of Judgment.wpd

22

23

24

25

26