IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jeff Adelstone; et al., | ) | No. 06-380-TUC-FRZ |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Dr. Jose Fernandez-Pol, | ) | |
| Defendant. | ) | |

Pending before the Court for consideration are Plaintiff's Motion for Judgment and Defendant's Motion for Reconsideration.

The latest and relevant procedural history of this case, from May of 2009 until the filing of Defendant's Motion for Reconsideration on August 19, 2010, is set forth in Plaintiffs' Reply in Support of Form of Judgment.

By Court Order filed August 19, 2010, the Court once again granted Defendant an extension to comply with this Court's previous Order, based upon the appearance of newly retained counsel.

In response however, rather than addressing the Court's Order to show cause why the Final Judgment as proposed by Plaintiffs should not be entered, Defendant, through the representation of newly retained counsel, filed "Plaintiff's Motion to Reconsider," [sic] setting forth unsubstantiated excuses for failure to comply.

On September 23, 2010, Plaintiffs filed their Reply in Support of the Form of Judgment.

Based on the record of this matter, the length of time this case has been pending, the burden on the Court, the prejudice to the Plaintiffs and the Defendant's repeated failure to comply with the orders of this Court and the local and Federal Rules of Civil Procedure, as set forth in Plaintiffs' Reply in Support of Form of Judgment, the Court finds Plaintiffs are entitled to judgment as proposed.

"District courts have inherent power to control their dockets. In the exercise of the power they may impose sanction including, where appropriate, default or dismissal." *Thompson v. Housing Authority of City of Los Angeles*, 782 F.2d 829 (9th Cir. 1986).

Defendant's Answer was stricken by Court Order filed March 15, 2010.

Plaintiffs' Motion for Judgment on the Pleadings was granted May 10, 2010.

Defendant was ordered to appear on June 7, 2010 and show cause why the Final Judgment, as proposed by the Plaintiffs in the form of judgment attached to the motion for judgment on the pleadings.

Notwithstanding that Defendant has since retained counsel twice, including an interim withdrawal of counsel, and has been granted extensions and leniency to comply with the Court's Order, Defendant has still failed to comply and show cause why the Final Judgment, as proposed, should not be entered.

Based on the foregoing,

IT IS ORDERED that Plaintiffs' Request for Entry of Judgment (Doc. 74) is GRANTED;

IT IS FURTHER ORDERED that Defendant's "Plaintiff's [sic] Motion to Reconsider" (Doc. 82) is DENIED.

DATED this 30th day of September, 2010.

*Frank R. Zapata*
Frank R. Zapata
Senior United States District Judge

- 2 -