IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeff Adelstone, Trustee for the AFS, Inc. Target Benefit Plan, et al.,<br><br>         Plaintiffs,<br><br>vs.<br><br>Dr. Jose Fernandez-Pol,<br><br>         Defendant. | No. 06-380-TUC-FRZ<br><br>**FINAL JUDGMENT** |

On March 15, 2007, Plaintiffs Jeff Adelstone, et al., filed their Amended Complaint in this action. Plaintiffs' Amended Complaint alleges, on behalf of Plaintiffs and derivatively on behalf of Novactyl, Inc., that Defendant Jose Fernandez-Pol failed to disclose contracts between Novactyl and Dr. Fernandez-Pol, containing clauses reserving to Dr. Fernandez-Pol, an interest in the Novactyl patents, as well as anti-dilution provisions precluding dilution of Dr. Fernandez-Pol's stockholdings in Novactyl.

The Amended Complaint further alleges that Dr. Fernandez-Pol represented to the Plaintiffs and other potential investors that Novactyl had all right title and interest in any technology developed by Novactyl, the "Proprietary Technology," as well as any technology that was derived in whole or part from the Proprietary Technologies.

The Amended Complaint also alleges that the Plaintiffs had invested $4.2 million in Novactyl and that Novactyl generated between $7 million and $9 million through the sale of securities.

1   The Amended Complaint further alleges that Dr. Fernandez-Pol falsely published information about Novactyl to certain government agencies, specifically that he wrote to the United States Patent and Trademark Office, disclaiming the validity of one or more patents or patent applications.

5   On February 19, 2010, Plaintiffs filed their Motion for Confirmation of Settlement Agreement; Motion for Sanctions; and Motion for Reconsideration.

7   On March 15, 2010, pursuant to Rule 37, *Fed.R.Civ.P.*, this Court entered an Order granting Plaintiffs' Motion for Sanctions and striking the Defendant's Answer.

9   On May 10, 2010, the Court Plaintiffs' Motion for Judgment on the Pleadings.

10  Plaintiffs thereafter filed a Motion for Judgment on the Pleadings, as well as a Certificate of Service, attesting that they had served the Motion for Sanctions as well as their Motion for Judgment on the Pleadings on the Defendant at his residence at 437 Hunters Hill Drive, Chesterfield, MO 63017.

14  THE COURT HEREBY FINDS that the factual allegations at paragraphs 1 through 171 of the Amended Complaint are true.

16  THE COURT FURTHER FINDS that the four letters written by Dr. Fernandez-Pol to the U.S. Patent and Trademark Office dated September 3, 2002 attached to the Amended Complaint are false.

19  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs *JEFF ADELSTONE, Trustee for the AFS, Inc. Target Benefit Plan nka AFS, Inc. 401k plan; THE BORITA FAMILY LIMITED PARTNERSHIP, L.L.P., an Arizona limited liability partnership; THE LANSING BROWN FAMILY LIMITED PARTNERSHIP, an Arizona limited partnership; RICHARD BUYER, as an individual; CARL & SUSAN CAMPBELL, Trustees of the Carl D. and Susan Babby Campbell Revocable Trust; P. DENNIS CITRON, as an individual; JOHN M. COGSWELL, Trustee for the Cogswell Law Office, P.C. Defined Benefit Pension Plan; HAROLD E. CROSS, as an individual; ROBERT O. CROWLEY, Trustee of the Crowley Revocable Trust; FREDERICK P. DOOLEY, as an individual; EMHEL INVESTORS LIMITED PARTNERSHIP, L.L.P., an Arizona limited liability*

1  *partnership; DONALD G. FLYNN, Trustee of the Donald G. and Catherine J. Flynn*
2  *Revocable Trust;  THE L & J FLYNN INVESTMENTS LIMITED PARTNERSHIP, L.L.P.,*
3  *an Arizona limited liability partnership;  JORGE A. GODINEZ, as an individual; THE*
4  *GOODMAN FAMILY LIMITED PARTNERSHIP, L.L.P. an Arizona limited liability*
5  *partnership; CRAIG GROSS & LORI GROSS, as husband and wife; BETH HALPER, as an*
6  *individual; RICH HARPER LIMITED PARTNERSHIP, L.L.P., an Arizona limited liability*
7  *partnership; DOUGLAS L. HAWTHORNE, Real Party In Interest of the Douglas L.*
8  *Hawthorne IRA; THE HERRINGTON FAMILY LIMITED PARTNERSHIP, an Arizona*
9  *limited partnership; DONALD W. HILL, Trustee of the Donald Wilton Hill Living Trust;*
10 *HENRY L. HUDSON, Real Party in Interest of the Retna Centers, PC Profit Sharing Plan*
11 *FBO Henry L. Hudson; CHRIS L. JONES, as Trustee of the Chris L. Jones Judith C. Jones*
12 *Family Trust and as Trustee of the Wealth Rescue Strategies, Inc. Defined Benefit Pension*
13 *Plan and Trust Agreement; THE JOHNSON-SHON FAMILY LIMITED PARTNERSHIP,*
14 *L.L.P., an Arizona limited liability partnership; MARGARET M. KIDWELL, Trustee of The*
15 *Margaret M. Kidwell Revocable Trust; VICTOR E. LAFAVE III & SUSAN S. LAFAVE,*
16 *husband and wife; PATRICIA M. LISSACK, as an individual; ANTHONY LLEWELLYN, Real*
17 *Party In Interest of the Colonial Trust Company Rollover IRA FBO Tony Llewellyn;  GARY*
18 *LUICK, Trustee of the Luick Family Trust; CHRISTOPHER T. MALONEY SR., Real Party*
19 *In Interest of the Cardiothoracic Surgical Associates Profit Sharing Plan FBO Dr.*
20 *Christopher Maloney; DOUGLAS E. MARSH, Trustee of the Douglas E. Marsh Profit*
21 *Sharing Plan; ROBERT G. & RITA I. MARTIN, as husband and wife; HEATHER N.*
22 *McAVOY, as an individual; ANDREW MCCUNE & LEIGH J. MCCUNE, as husband and*
23 *wife; THE MONTERRA GROUP LIMITED PARTNERSHIP, L.L.P., an Arizona limited*
24 *liability partnership; DAVID D. NEAL & NINA F. NEAL, as husband and wife and as*
25 *Trustees for the David D. Neal and Nina F. Neal Trust; DOUGLAS W. NELSON, Trustee of*
26 *the Nelson Revokable Trust;  GEORGE S. NOVALIS, Real Party in Interest of the Retina*
27 *Centers, PC Profit Sharing Plan FBO George S. Novalis; DANIEL H. O'CONNELL, Trustee*
28 *of the Thomas J. O'Connell Irrevocable Trust and Trustee of the Daniel H. O'Connell*

1  *Irrevocable Trust; OBERMAIER FAMILY LIMITED PARTNERSHIP, L.L.P., an Arizona*
2  *limited liability partnership; KIMBALL R. ORTON, as an individual; DONALD*
3  *PARKHURST, as an individual; FREDERICK H. PATZMAN, as an individual; JOHN F.*
4  *PATZMAN, as an Individual and as the Real Party In Interest of the Isle of Man Assurance*
5  *Limited A/C FBO John Patzman; THE PATZMAN FAMILY LIMITED PARTNERSHIP,*
6  *L.L.P., an Arizona limited partnership; STEPHEN N. PATZMAN, Trustee of the Stephen N.*
7  *Patzman Trust; STEPHEN N. PATZMAN, as an individual; TIMOTHY PUTTY, as an*
8  *individual; TIMOTHY H. REULING, as an individual; THE ROBJUL LIMITED*
9  *PARTNERSHIP, an Arizona limited partnership; GORDON S. SCHULTZ, as an individual;*
10 *LEONARD AND SARAH SCHULTZ, as husband ans wife; ROBERT SCHWARTZ, as an*
11 *individual; GILBERT SOKAL, as an individual; THE SECOND SONENBLICK FAMILY*
12 *LIMITED PARTNERSHIP, an Arizona limited liability partnership; JACK E. TATZEL Real*
13 *Party In Interest of the American Express Trust Co. Jack E. Tatzel IRA; PATRICIA A.*
14 *TATZEL, Real Party In Interest of the American Express Trust Co. Patricia A. Tatzel IRA;*
15 *HUGH C. THOMPSON, as an Individual and as Trustee of the Hugh C. Thompson III*
16 *Revocable Trust; GREGORY M. URROZ & LOUISE URROZ, as husband and wife; BRYAN*
17 *VIG, as an individual; THE VIG-GREENWAY LIMITED PARTNERSHIP, L.L.P., an Arizona*
18 *limited liability partnership; JOHN N. VRTISTA, Real Party In Interest of the UBS Financial*
19 *Services John N. Vrtista IRA; FRANK H. WINDES, Trustee for the Windes Revocable Trust;*
20 *and, NORMAN ZMORA, Trustee of the Corporate Consultants Money Purchase Pension*
21 *Plan*, shall have judgment against Defendant Jose Fernandez-Pol in the amount of
22 $4,200,000.00, as prayed for in the Amended Complaint, plus pre judgment interest from
23 July 31, 2006, the time of the filing of action.  In the event of collection, each Plaintiff shall
24 have a prorata interest in the net proceeds in an amount equal to the amount of each
25 Plaintiff's investment divided by the amount of the total investment by all Plaintiffs.
26     IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that
27 Plaintiffs shall be awarded punitive damages against Defendant Jose Fernandez-Pol, in the
28 amount of 200 percent of their investment, $8,400,000.00, prorated as stated above.

1    IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that all
2 provisions between Novactyl, Inc. and Jose Fernandez-Pol, allowing that the patents and
3 intellectual property rights held by Novactyl to revert to Dr. Fernandez-Pol, are hereby
4 declared to be null, void and of no effect.

5    IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that all
6 provisions between Novactyl and  Dr. Fernandez-Pol, precluding the dilution of Dr.
7 Fernandez-Pol's shareholdings in Novactyl, are hereby declared to be null, void and of no
8 effect.

9    IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that any and
10 all financial or intellectual property assets of Novactyl transferred from Novactyl to Dr.
11 Fernandez-Pol, on or after July 31, 2006 including but not limited to insurance proceeds from
12 settlement of litigation, Novactyl's Proprietary Technologies, and all patents and intellectual
13 property rights reasonably derived from Novactyl's Proprietary Technologies are hereby
14 restored and awarded to Novactyl, Inc.  This restoration to Novactyl shall include the 26
15 applications listed in Novactyl's United States Bankruptcy Court Schedules, attached as
16 Exhibit A, the following seven Novactyl Patents: 6441009, 6569864, 6579891, 6407125,
17 6403618, 6803379, 6743771, and the six assignments below:

18    Novactyl Patent 5767135 to METALLOPROTEOMICS, LLC.
19    Novactyl Patent 6127393 to Upsher-Smith.  This patent need not be restored to
20 Novactyl if held by Upsher-Smith.
21    Novactyl Patent 6407125 to METALLOPROTEOMICS, LLC.
22    Novactyl Patent 6410570 to METALLOPROTEOMICS, LLC.
23    Novactyl Patent 6743771 to METALLOPROTEOMICS, LLC.
24    Novactyl Patent 6939884 to METALLOPROTEOMICS, LLC.
25    IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED removing
26 Jose Fernandez-Pol as an officer and director of Novactyl, Inc.
27 . . . .
28 . . . .

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs are awarded their reasonable attorneys' fees and costs of suit, pursuant to separate application.

DATED this 30th day of September, 2010.

_____
Frank R. Zapata
Senior United States District Judge