IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Jeff Adelstone; et al.,  )<br>             )<br>        Plaintiffs,   )<br>             )<br>vs.           )<br>             )<br>Dr. Jose Fernandez-Pol,  )<br>             )<br>        Defendant.    )<br>_____) | JUDGMENT IN A CIVIL CASE<br><br>No. CV 06-380-TUC-FRZ |

X    **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Plaintiffs' Request for Entry of Judgment (Doc.74) is **GRANTED.**

<u>September 30, 2010</u>                    RICHARD H. WEARE
Date                                CLERK

                                    S/ *M.  Michelle Mejia*
                                    M.  Michelle Mejia
                                       Deputy Clerk