

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jeff Adelstone, Trustee for the AFS, Inc. Target Benefit Plan, et al.,

Plaintiffs,

vs.

Dr. Jose Fernandez-Pol,

Defendant.

No. 06-380-TUC-FRZ

**AMENDED FINAL JUDGMENT**

On March 15, 2007, Plaintiffs Jeff Adelstone, et al., filed their Amended Complaint in this action. Plaintiffs' Amended Complaint alleges, on behalf of Plaintiffs and derivatively on behalf of Novactyl, Inc., that Defendant Jose Fernandez-Pol failed to disclose contracts between Novactyl and Dr. Fernandez-Pol, containing clauses reserving to Dr. Fernandez-Pol, an interest in the Novactyl patents, as well as anti-dilution provisions precluding dilution of Dr. Fernandez-Pol's stockholdings in Novactyl.

The Amended Complaint further alleges that Dr. Fernandez-Pol represented to the Plaintiffs and other potential investors that Novactyl had all right title and interest in any technology developed by Novactyl, the "Proprietary Technology," as well as any technology that was derived in whole or part from the Proprietary Technologies.

The Amended Complaint also alleges that the Plaintiffs had invested $4.2 million in Novactyl and that Novactyl generated between $7 million and $9 million through the sale of securities.

The Amended Complaint further alleges that Dr. Fernandez-Pol falsely published information about Novactyl to certain government agencies, specifically that he wrote to the United States Patent and Trademark Office, disclaiming the validity of one or more patents or patent applications.

On February 19, 2010, Plaintiffs filed their Motion for Confirmation of Settlement Agreement; Motion for Sanctions; and Motion for Reconsideration.

On March 15, 2010, pursuant to Rule 37, *Fed.R.Civ.P.*, this Court entered an Order granting Plaintiffs' Motion for Sanctions and striking the Defendant's Answer.

On May 10, 2010, the Court Plaintiffs' Motion for Judgment on the Pleadings.

Plaintiffs thereafter filed a Motion for Judgment on the Pleadings, as well as a Certificate of Service, attesting that they had served the Motion for Sanctions as well as their Motion for Judgment on the Pleadings on the Defendant at his residence at 437 Hunters Hill Drive, Chesterfield, MO 63017.

THE COURT HEREBY FINDS that the factual allegations at paragraphs 1 through 171 of the Amended Complaint are true.

THE COURT FURTHER FINDS that the four letters written by Dr. Fernandez-Pol to the U.S. Patent and Trademark Office dated September 3, 2002 attached to the Amended Complaint are false.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs *JEFF ADELSTONE, Trustee for the AFS, Inc. Target Benefit Plan nka AFS, Inc. 401k plan; THE BORITA FAMILY LIMITED PARTNERSHIP, L.L.P., an Arizona limited liability partnership; THE LANSING BROWN FAMILY LIMITED PARTNERSHIP, an Arizona limited partnership; RICHARD BUYER, as an individual; CARL & SUSAN CAMPBELL, Trustees of the Carl D. and Susan Babby Campbell Revocable Trust; P. DENNIS CITRON, as an individual; JOHN M. COGSWELL, Trustee for the Cogswell Law Office, P.C. Defined Benefit Pension Plan; HAROLD E. CROSS, as an individual; ROBERT O. CROWLEY, Trustee of the Crowley Revocable Trust; FREDERICK P. DOOLEY, as an individual; EMHEL INVESTORS LIMITED PARTNERSHIP, L.L.P., an Arizona limited liability*

*partnership; DONALD G. FLYNN, Trustee of the Donald G. and Catherine J. Flynn Revocable Trust; THE L & J FLYNN INVESTMENTS LIMITED PARTNERSHIP, L.L.P., an Arizona limited liability partnership; JORGE A. GODINEZ, as an individual; THE GOODMAN FAMILY LIMITED PARTNERSHIP, L.L.P. an Arizona limited liability partnership; CRAIG GROSS & LORI GROSS, as husband and wife; BETH HALPER, as an individual; RICH HARPER LIMITED PARTNERSHIP, L.L.P., an Arizona limited liability partnership; DOUGLAS L. HAWTHORNE, Real Party In Interest of the Douglas L. Hawthorne IRA; THE HERRINGTON FAMILY LIMITED PARTNERSHIP, an Arizona limited partnership; DONALD W. HILL, Trustee of the Donald Wilton Hill Living Trust; HENRY L. HUDSON, Real Party in Interest of the Retna Centers, PC Profit Sharing Plan FBO Henry L. Hudson; CHRIS L. JONES, as Trustee of the Chris L. Jones Judith C. Jones Family Trust and as Trustee of the Wealth Rescue Strategies, Inc. Defined Benefit Pension Plan and Trust Agreement; THE JOHNSON-SHON FAMILY LIMITED PARTNERSHIP, L.L.P., an Arizona limited liability partnership; MARGARET M. KIDWELL, Trustee of The Margaret M. Kidwell Revocable Trust; VICTOR E. LAFAVE III & SUSAN S. LAFAVE, husband and wife; PATRICIA M. LISSACK, as an individual; ANTHONY LLEWELLYN, Real Party In Interest of the Colonial Trust Company Rollover IRA FBO Tony Llewellyn; GARY LUICK, Trustee of the Luick Family Trust; CHRISTOPHER T. MALONEY SR., Real Party In Interest of the Cardiothoracic Surgical Associates Profit Sharing Plan FBO Dr. Christopher Maloney; DOUGLAS E. MARSH, Trustee of the Douglas E. Marsh Profit Sharing Plan; ROBERT G. & RITA I. MARTIN, as husband and wife; HEATHER N. McAVOY, as an individual; ANDREW MCCUNE & LEIGH J. MCCUNE, as husband and wife; THE MONTERRA GROUP LIMITED PARTNERSHIP, L.L.P., an Arizona limited liability partnership; DAVID D. NEAL & NINA F. NEAL, as husband and wife and as Trustees for the David D. Neal and Nina F. Neal Trust; DOUGLAS W. NELSON, Trustee of the Nelson Revokable Trust; GEORGE S. NOVALIS, Real Party in Interest of the Retina Centers, PC Profit Sharing Plan FBO George S. Novalis; DANIEL H. O'CONNELL, Trustee of the Thomas J. O'Connell Irrevocable Trust and Trustee of the Daniel H. O'Connell*

*Irrevocable Trust; OBERMAIER FAMILY LIMITED PARTNERSHIP, L.L.P., an Arizona limited liability partnership; KIMBALL R. ORTON, as an individual; DONALD PARKHURST, as an individual; FREDERICK H. PATZMAN, as an individual; JOHN F. PATZMAN, as an Individual and as the Real Party In Interest of the Isle of Man Assurance Limited A/C FBO John Patzman; THE PATZMAN FAMILY LIMITED PARTNERSHIP, L.L.P., an Arizona limited partnership; STEPHEN N. PATZMAN, Trustee of the Stephen N. Patzman Trust; STEPHEN N. PATZMAN, as an individual; TIMOTHY PUTTY, as an individual; TIMOTHY H. REULING, as an individual; THE ROBJUL LIMITED PARTNERSHIP, an Arizona limited partnership; GORDON S. SCHULTZ, as an individual; LEONARD AND SARAH SCHULTZ, as husband ans wife; ROBERT SCHWARTZ, as an individual; GILBERT SOKAL, as an individual; THE SECOND SONENBLICK FAMILY LIMITED PARTNERSHIP, an Arizona limited liability partnership; JACK E. TATZEL Real Party In Interest of the American Express Trust Co. Jack E. Tatzel IRA; PATRICIA A. TATZEL, Real Party In Interest of the American Express Trust Co. Patricia A. Tatzel IRA; HUGH C. THOMPSON, as an Individual and as Trustee of the Hugh C. Thompson III Revocable Trust; GREGORY M. URROZ & LOUISE URROZ, as husband and wife; BRYAN VIG, as an individual; THE VIG-GREENWAY LIMITED PARTNERSHIP, L.L.P., an Arizona limited liability partnership; JOHN N. VRTISTA, Real Party In Interest of the UBS Financial Services John N. Vrtista IRA; FRANK H. WINDES, Trustee for the Windes Revocable Trust; and, NORMAN ZMORA, Trustee of the Corporate Consultants Money Purchase Pension Plan*, shall have judgment against Defendant Jose Fernandez-Pol in the amount of $4,200,000.00, as prayed for in the Amended Complaint, plus pre judgment interest from July 31, 2006, the time of the filing of action. In the event of collection, each Plaintiff shall have a prorata interest in the net proceeds in an amount equal to the amount of each Plaintiff's investment divided by the amount of the total investment by all Plaintiffs.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs shall be awarded punitive damages against Defendant Jose Fernandez-Pol, in the amount of 200 percent of their investment, $8,400,000.00, prorated as stated above.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that all provisions between Novactyl, Inc. and Jose Fernandez-Pol, allowing that the patents and intellectual property rights held by Novactyl to revert to Dr. Fernandez-Pol, are hereby declared to be null, void and of no effect.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that all provisions between Novactyl and Dr. Fernandez-Pol, precluding the dilution of Dr. Fernandez-Pol's shareholdings in Novactyl, are hereby declared to be null, void and of no effect.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that any and all financial or intellectual property assets of Novactyl transferred from Novactyl to Dr. Fernandez-Pol, on or after July 31, 2006 including but not limited to insurance proceeds from settlement of litigation, Novactyl's Proprietary Technologies, and all patents and intellectual property rights reasonably derived from Novactyl's Proprietary Technologies are hereby restored and awarded to Novactyl, Inc. This restoration to Novactyl shall include the 26 applications listed in Novactyl's United States Bankruptcy Court Schedules, attached as Exhibit A, the following seven Novactyl Patents: 6441009, 6569864, 6579891, 6407125, 6403618, 6803379, 6743771, and the six assignments below:

Novactyl Patent 5767135 to METALLOPROTEOMICS, LLC.

Novactyl Patent 6127393 to Upsher-Smith. This patent need not be restored to Novactyl if held by Upsher-Smith.

Novactyl Patent 6407125 to METALLOPROTEOMICS, LLC.

Novactyl Patent 6410570 to METALLOPROTEOMICS, LLC.

Novactyl Patent 6743771 to METALLOPROTEOMICS, LLC.

Novactyl Patent 6939884 to METALLOPROTEOMICS, LLC.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED removing Jose Fernandez-Pol as an officer and director of Novactyl, Inc.

. . . .

. . . .

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs are awarded their reasonable attorneys' fees and costs of suit, pursuant to separate application.

DATED this 30th day of September, 2010.

**Frank R. Zapata**
**Senior United States District Judge**

IN RE Novactyl, Inc. Case No. 06-40358

Debtor(s)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Possible refund of Corporate Registration fee from State of Delaware | | 5,000.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim against Chubb Group of Insurance Companies for vexacious refusal for failure to provide Directors and Officers insurance. | | unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Patents:<br><br>Pharmaceutical agents containing Acyclovir, Fusaric Acid and derivatives thereof--appl. #US01/22228<br>Pharmaceutical agents containing Acyclovir, Fusaric Acid and derivatives thereof--appl.#09/903337<br>Pharmaceutical agents containing Acyclovir, Fusaris Acid and derivatives thereof--appl. #10/310614<br>Antiviral Agent appl. #P 970100976<br>Pharmacological Agent comprising Picolinic Acid, Fusaric Acid and derivatives thereof appl. #37028/01<br>Pharmacological agent and method of treatment appl.#PI01018400-3<br>Pharmacological agent and method of treatment appl.#2241213<br>Pharmacological agent and method of treatment appl.#01909253.5<br>Pharmacological agent and method of treatment appl.#96945035.2<br>Methods or compositions for controlling Protein assembly or aggregation appl.#02746985.7<br>Pharmacological Agent and method of treatment appl.#03103452.2<br>Pharmacological agent and method of treatment appl.#2001-559447<br>Pharmacological agent and method of treatment appl.#PAA2002007954<br>Pharmacological agent and method of treatment appl.#US01/04897<br>Methods or compositions for controlling protein assembly or aggregation appl.#US02/22032<br>Antiviral Agent appl.#08/581351<br>Pharmacological agent and method of treatment appl.#09/127620<br>Pharmacological agent and method of treatment appl.#09/784631 | | unknown |



© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Novactyl, Inc. Case No. 06-40358

Debtor(s)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Agent and method for prevention and treatment of cancer in animals Pharmacological agent and method of treatment) appl.#09/657554<br>Pharmacological agent and method of treatment appl.#09/677500<br>Agent and method of preventing and treating heavy metal exposure and toxicity appl.#09/676911<br>Method of inactivating a virus and controlling viral relication appl.#09/657989<br>Agent and method for controlling angiogenesis appl.#09/677506<br>Methods and compositions for controlling protein assembly or aggregation appl.#09/904987<br>Compositions and methods useful for treatment of conjunctivitis appl.#US04/39382<br>Compositions and methods for treatment of acne appl.#US05/014455<br>Compositions and methods for treatment of acne appl.#11/086551 | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Lab equipment in storage (minimal value). | | unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Picalinic Acid and various other chemicals stored at ABC Labs in Columbia, Missouri | | unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Deposit at Thompson Coburn to be used for patent issuance in Europe. | | 12,000.00 |
| | | | TOTAL | 76,555.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

0 continuation sheets attached



© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only