US DISTRICT COURT        )
                         )SS.
DISTRICT OF ARIZONA      )

## IN THE US DISTRICT COURT
## DISTRICT OF ARIZONA – TUCSON DIVISION

| | | |
|---|---|---|
| O'Connell, et. al., | ) | Cause No. CV 00380-FRZ |
| | ) | |
| Plaintiff, | ) | Div No. |
| | ) | |
| Vs. | ) | |
| | ) | |
| Dr. Jose Fernandez-Pol, et. al., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Dr. Jose Fernandez Pol, Defendant in the above case, Hereby appeals to the United States Court of Appeals for the 9th Circuit from the Final Judgment entered in this action on the 30th day of September, 2010.

Respectfully submitted,

Andrew D. Sandroni, Federal Bar# 4256
O'Gorman & Sandroni, PC
3350 Greenwood Blvd.
Maplewood, MO 63143
(314) 645-5900
(314) 645-5990 facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, postage prepaid to: Clifford B. Altfeld, Attorney for Plaintiff Altfeld & Battaile, P.C., P.O. Box 191, Tucson, Arizona 85702, on this 26th day of October 2010.

By: _____