UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

> **FILED**
>
> OCT 28 2013
>
> MOLLY C. DWYER, CLERK
> U.S. COURT OF APPEALS

DANIEL H. O'CONNELL, Trustee of
Thomas J. O'Connell Irrevocable Trust;
et al.,

            Plaintiffs - Appellees,

  v.

JOSE FERNANDEZ-POL, Dr.,

            Defendant - Appellant.

No. 10-17450

D.C. No. 4:06-cv-00380-FRZ
U.S. District Court for Arizona,
Tucson

**MANDATE**

The judgment of this Court, entered September 30, 2013, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:
            Molly C. Dwyer
            Clerk of Court

            Rebecca Lopez
            Deputy Clerk